UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**BRUCE WETHERBEE,**

    Plaintiff,

vs.                                                           CV 08-688 MCA/ACT

**LAURIE HUDSON**, Individually and as
an Officer of I.A.T.S.E. Local 480,
**GUY BARNES, WENDY OSLOS-BARNES**,
Individually and as an Officer of I.A.T.S.E. Local 480,
**R.A. ARNCIO-PARRAIN**,

    Defendants.

## **FINAL ORDER**

Pursuant to the *Memorandum Opinion and Order* filed concurrently herewith, the Court enters this Final Order under Fed. R. Civ. P. 58 dismissing Plaintiff's claims against Defendants Guy Barnes, Wendy Ozols-Barnes, and R.A. Arancio-Parrain with prejudice and dismissing Plaintiff's claim against Defendant Laurie Hudson without prejudice.

**SO ORDERED** this 29thday of April, 2009, in Albuquerque, New Mexico.

 

_____
**M. CHRISTINA ARMIJO**
United States District Judge